# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| ASA MOSSMAN, et al., | |
| Plaintiffs, | No. 21-cv-28-CJW |
| vs. | |
| U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, ET AL., | **ORDER** |
| Defendants. | |

_____

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Submit Scheduling Order and Related Documents. (Doc. 19.) Plaintiffs are requesting an extension of time to file the parties' Proposed Scheduling Order and Discovery Plan. Plaintiffs' motion indicates Defendants do not object to the requested extension.

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion is **granted.** The parties have up to and including August 6, 2021 to file a Proposed Scheduling Order and Discovery Plan.

**IT IS SO ORDERED** this 21st day of June, 2021.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa