IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ASA MOSSMAN, *et al.*, | |
| Plaintiffs, | Case No. 1:21-cv-00028-CJW-MAR |
| v. | Hon C.J. Williams |
| U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, | |
| Defendants. | |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT SCHEDULING ORDER AND DISCOVERY PLAN

The parties, by and through undersigned counsel, respectfully move to extend the deadline to submit a scheduling order and discovery plan to no later than 14 days after the Court rules on Defendants' forthcoming motion to dismiss as moot.[1] In support of this request, the parties state as follows.

1. This action challenges a temporary moratorium on certain residential evictions ordered by the Centers for Disease Control and Prevention (CDC) to help fight the COVID-19 pandemic. Plaintiffs commenced this action by filing a complaint on March 18, 2021. *See* ECF No. 1. Defendants' response to the complaint was initially due June 22, 2021. On June 17, 2021, the Court extended Defendants' deadline to respond to the complaint until July 22, 2021. On July 14, 2021, the Court again extended Defendants' deadline to respond to the complaint until August 6, 2021. The CDC Order that Plaintiffs challenge expired on July 31, 2021. Defendants intend to move to dismiss this case as moot by August 6, 2021.

---

[1] Pursuant to Local Civil Rule 7(j), the parties state that their deadline to submit a scheduling order and discovery plan was previously extended once, from June 16, 2021, to August 6, 2021.

1

2. Defendants' position is that this case is an action for review on an administrative record that is exempt from Local Rule 16(a)'s requirement that the parties submit a scheduling order and discovery plan, pursuant to Local Rule 16(d)(1). Plaintiffs take no position on whether the case is solely an action based on an administrative record at this time.

3. In any event, the parties agree that it would not be in the interest of judicial economy for them to negotiate and prepare a scheduling order and discovery plan in light of Defendants' forthcoming dispositive motion. Accordingly, the parties propose that they submit a scheduling order and discovery plan, if necessary, within 14 days after the Court rules on Defendants' motion to dismiss.

WHEREFORE, the parties respectfully request that the Court extend their deadline to file a scheduling order and discovery plan to no later than 14 days after the Court rules on Defendants' motion to dismiss as moot.

Dated: August 2, 2021                                  Respectfully submitted,

/s/ Jared McClain
JARED McCLAIN
Litigation Counsel
JOHN VECCHIONE
Senior Litigation Counsel
**NEW CIVIL LIBERTIES ALLIANCE**
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Jared.McClain@NCLA.legal

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ John Robinson
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)

JOHN ROBINSON
Trial Attorney (DC Bar No. 1044072)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Counsel for Defendants*

3

Case 1:21-cv-00028-CJW-MAR Document 24 Filed 08/02/21 Page 3 of 4

**CERTIFICATE OF SERVICE**

      I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: August 2, 2021

                                        /s/ John Robinson
                                        John Robinson