# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

ASA MOSSMAN, *et al.*

    Plaintiffs,

      v.

U.S. CENTERS FOR DISEASE CONTROL
AND PREVENTION, *et al.*,

    Defendants.

Case No. 1:21-cv-00028-CJW-MAR

Hon C.J. Williams

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time to Submit a Scheduling Order and Discovery Plan, IT IS HEREBY ORDERED that the Motion is GRANTED. The parties shall file their scheduling order and discovery plan no later than 14 days after the Court rules on Defendants' motion to dismiss as moot.

SO ORDERED.

DATED:                              _____

                                         HON. C.J. WILLIAMS
                                         UNITED STATES DISTRICT JUDGE