IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ASA MOSSMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00028-CJW-MAR <br><br> Hon C.J. Williams <br> Hon. Mark A. Roberts |

## DEFENDANTS' MOTION TO DISMISS AS MOOT

Defendants Centers for Disease Control and Prevention; Rochelle P. Walensky, in her official capacity as Director, Centers for Disease Control and Prevention; Sherri A. Berger, in her official capacity as Acting Chief of Staff for the Centers for Disease Control and Prevention; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; U.S. Department of Health and Human Services; and the United States of America, by and through undersigned counsel, respectfully move to dismiss this action as moot for the reasons explained in the accompanying brief. A proposed order is attached.

DATED: September 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ John Robinson
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)

JOHN ROBINSON
Trial Attorney (DC Bar No. 1044072)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: September 13, 2021

                                              /s/ John Robinson
                                              John Robinson