IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ASA MOSSMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00028-CJW-MAR <br><br> Hon C.J. Williams <br> Hon. Mark A. Roberts |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss as moot, IT IS HEREBY ORDERED that the motion is GRANTED. This case is dismissed as moot.

SO ORDERED.

DATED: _____
HON. C.J. WILLIAMS
UNITED STATES DISTRICT JUDGE