# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| Asa Mossman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 21-CV-28-CJW |
| United States Centers for Disease Control, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendants' Motion to Dismiss the Case as Moot is granted.

.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge CJ Williams

.

Date: November 23, 2021

*CLERK OF COURT*

*JH* (signature)
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Case 1:21-cv-00028-CJW-MAR    Document 52    Filed 11/23/21    Page 1 of 1